ACCEPTED
03-14-00473-CR
3654225
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 3:55:26 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00473-CR

| | | |
|---|---|---|
| **SHAWN MICHAEL WALKER,** | } | |
| **Appellant** | } | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | } | **IN THE COURT** |
| | } | **OF APPEALS** 1/5/2015 3:55:26 PM |
| | } | **OF THE THIRD** JEFFREY D. KYLE<br>Clerk |
| **v.** | } | **SUPREME JUDICIAL** |
| | } | **DISTRICT** |
| **THE STATE OF TEXAS** | } | |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Comes now John Kuchera, undersigned counsel for Appellant, pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, and files this second motion for an extension of ten (10) days in which to the file Appellant's brief in the above-entitled and numbered cause. In support of this motion, undersigned counsel would show the Court the following.

Counsel has previously been granted an extension through January 2, 2015. Counsel has been working on Appellant's brief for about four days but much more work needs to be done.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel requests that this Court grant an additional extension until January 12, 2015, for the filing of Appellant's brief herein.

Respectfully submitted,

/s/ John A. Kuchera
John A. Kuchera
210 N. 6th St.
Waco, Texas 76701
(254) 754-3075
(254) 756-2193 (facsimile)
SBN 00792137
johnkuchera@210law.com

Attorney for Appellant

## Certificate of Service

I certify that on the 5th day of January, 2015, I mailed the foregoing to:

Mr. Bob D. Odom
Assistant District Attorney
P.O. Box 540
Belton, TX  76513

/s/ John A. Kuchera
John A. Kuchera